UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASSURANCE WIRELESS USA, L.P.; et al., | No. 23-15490 |
| Plaintiffs-Appellants, | D.C. No. 3:23-cv-00483-LB<br>Northern District of California,<br>San Francisco |
| v. | |
| ALICE B. REYNOLDS, President of the California Public Utilities Commission, in her official capacity; et al., | ORDER |
| Defendants-Appellees. | |

Before: PAEZ and WATFORD, Circuit Judges.

Appellants' request for an immediate administrative stay (contained in Docket Entry No. 7) is denied.

Appellees' response to the motion for a stay or injunction pending appeal is due April 14, 2023. Appellants' optional reply is due April 17, 2023.

The existing briefing schedule remains in effect.

at/MOATT